■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY DUPREE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Goldberg, J.), imposed January 2, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Kooper, Sullivan and Rosenblatt, JJ., concur.